# KEIVANS HOSPITALITY INC
## OPERATING BUDGET FOR TWO WEEKS

| Column1 | Column2 | Column3 | Column4 |
|---|---|---|---|
| | | 09/01/2020-09/15/2020 | 09/15/2020-9/29/2020 |
| | | | |
| **ROOM SALES** | | $43,700.00 | |
| | | | |
| **RECURRING EXPENSES** | | | |
| ROYALTIES/MARKETING | | 0 | |
| ELECTRICITY | | $3,306.00 | |
| WCH/GARBAGE | | $75.00 | |
| TELEPHONE/INTERNET/CABLE | | $1,050.00 | |
| FOOD | | $1,150.00 | |
| EXECUTIVE PAYROLL | | $6,396.00 | |
| REGULAR EMPLOYEE | | $9,400.00 | |
| PAYROLL TAX | | $1,820.00 | |
| FRANCHISE FEE | | $0.00 | |
| WATER | | $800.00 | |
| GAS/PROPANE | | $450.00 | |
| HEALTH INSURANCE | | $1,900.00 | |
| MAINTENANCE/MATERIAL | | $1,650.00 | |
| SUPPLIES | | $1,300.00 | |
| INSURANCE/WORKER COMPENSATION | | $1,856.00 | |
| OFFICE EXPENSE | | $380.00 | |
| SALES TAX | | $5,339.20 | |
| COMMISSION | | $0.00 | |
| LAUNDRY/CHEMICAL | | $650.00 | |
| LIQUOR | | $750.00 | |
| AUTOMOBILE | | $250.00 | |
| ACCOUNTING/LEGAL | | $750.00 | |
| US TRUSTEE | | $0.00 | |
| CREDIT CARD FEES | | $1,150.00 | |
| KATY MILLS MALL | | $2,871.00 | |
| KEIVANS HOSPITALITY INC. | | TBD | TBD |
| | | | |
| **TOTAL EXPENSE** | | $43,293.20 | $0.00 |

# KEIVANS HOSPITALITY INC
## OPERATING BUDGET FOR TWO WEEKS

| Column1 | Column2 | Column5 |
|---|---|---|
| | | |
| | | |
| **ROOM SALES** | | |
| | | |
| **RECURRING EXPENSES** | | |
| ROYALTIES/MARKETING | | |
| ELECTRICITY | | |
| WCH/GARBAGE | | |
| TELEPHONE/INTERNET/CABLE | | |
| FOOD | | |
| EXECUTIVE PAYROLL | | |
| REGULAR EMPLOYEE | | |
| PAYROLL TAX | | |
| FRANCHISE FEE | | |
| WATER | | |
| GAS/PROPANE | | |
| HEALTH INSURANCE | | |
| MAINTENANCE/MATERIAL | | |
| SUPPLIES | | |
| INSURANCE/WORKER COMPENSATION | | |
| OFFICE EXPENSE | | |
| SALES TAX | | |
| COMMISSION | | |
| LAUNDRY/CHEMICAL | | |
| LIQUOR | | |
| AUTOMOBILE | | |
| ACCOUNTING/LEGAL | | |
| US TRUSTEE | | |
| CREDIT CARD FEES | | |
| KATY MILLS MALL | | |
| KEIVANS HOSPITALITY INC. | | |
| | | |
| **TOTAL EXPENSE** | | |